STATE of Missouri, Plaintiff-Respondent,

v.

Dale Eugene MEEKS, Defendant-Appellant.

No. WD 38772.

Missouri Court of Appeals, Western District.

June 2, 1987.

George M. Ely, Hamilton, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Defendant appeals his conviction for the sale of marijuana in violation of § 195.020 RSMo 1986.

Judgment affirmed. Rule 30.25(b).